IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 07-117 UNA |
| | ) |
| STEPHEN GOODMAN, | ) |
| | ) REDACTED |
| | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about August 15, 2007 in the State and District of Delaware, STEPHEN GOODMAN, defendant herein, did knowingly possess in and affecting interstate and/or foreign commerce, a firearm, that is, a Bryco, Model 48, 380 caliber pistol, serial number 969603, after having been convicted on or about May 12, 2003 of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of and for the County of New Castle in the State of Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the



FILED
SEP - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

following: A) Bryco, Model 48, 380 caliber pistol, serial number 969603

B) 6 rounds of .380 caliber ammunition

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: *(signature)*
Martin C. Meltzer
Special Assistant United States Attorney

Dated: September 4, 2007

2